**Order entered April 14, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01548-CV

## PURE GEN HOLDINGS, INC., Appellant

## V.

## NEORA, LLC, Appellee

## On Appeal from the 160th Judicial District Court
## Dallas County, Texas
## Trial Court Cause No. DC-19-10205

## ORDER

Before the Court is appellee's April 10, 2020 unopposed second motion to extend time to file its opening brief. We **GRANT** the motion and extend the time to May 15, 2020. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE